**JS-6**

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WEBSTER S. LUCAS,<br><br>           Plaintiff,<br><br>      v.<br><br>JIM MCDONNELL, et. al.,<br><br>           Defendants. | Case No. CV 19-9872-JLS (AS)<br><br>**JUDGMENT** |

Pursuant to the Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

**IT IS ADJUDGED** that the above-captioned case is dismissed without prejudice.

DATED: April 19, 2022

_____
JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE